# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:20-CV-00036-RJC-DSC

| | |
|---|---|
| **RASHONDA WHEELER,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | **ORDER** |
| v. ) | |
| ) | |
| **BMW OF NORTH AMERICA LLC,** ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court on "Plaintiff's Motion to Compel," Doc. 45, and the parties' briefs and submissions. See Docs. 45, 46 and 49. The Motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §636(b)(1) and is now ripe for the Court's consideration.

Plaintiff seeks an order compelling Defendant to respond fully to Plaintiff's First Request for Production of Documents. For the reasons set forth in Plaintiff's Memorandum in Support, Doc. 45, and Reply, Doc. 49, the Motion to Compel is <u>granted</u> as detailed below.

**THEREFORE IT IS ORDERED** that:

1. "Plaintiff's Motion to Compel," Doc. 45, is **GRANTED**. <u>Within twenty-one days of this Order, Defendant shall fully respond to Plaintiff's First Request for Production of Documents.</u> <u>If Defendant contends that it has fully responded to a discovery request, it shall affirmatively state such compliance in a verified discovery response.</u>

2. The parties will bear their own costs at this time.

3. The Clerk is directed to send copies of this Order to counsel for the parties and to the Honorable Robert J. Conrad, Jr.

**SO ORDERED**.

Signed: December 1, 2021

David S. Cayer
United States Magistrate Judge